FILED

FEB 25 2025

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT WINCHESTER**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | **4:25-cr-** 4 |
| **v.** | ) | |
| | ) | **Judge** Atchley / Dumitru |
| | ) | |
| **JEFFREY BUSH** | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about September 9, 2023, in the Eastern District of Tennessee, the defendant, JEFFREY BUSH, knowingly possessed a firearm, namely, a rifle having a barrel of less than 16 inches in length, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### COUNT TWO

The Grand Jury further charges that on or about November 10, 2023, in the Eastern District of Tennessee, the defendant, JEFFREY BUSH, in connection with the acquisition of a firearm, namely, a Taurus G2C, 9mm pistol, bearing serial number TMD58310, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that he was the actual buyer of the firearm, when, in fact, JEFFERY BUSH was buying the firearm on behalf of another person, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2)

## COUNT THREE

The Grand Jury further charges that on or about November 14, 2023, in the Eastern District of Tennessee, the defendant, JEFFREY BUSH, knowingly possessed a firearm, namely, a rifle having a barrel of less than 16 inches in length, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## FORFEITURE ALLEGATIONS

The allegations contained in Count Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

Upon conviction of an offense in violation of Title 18, United States Code, Section 922(a)(6) and 924(a)(2) as set forth in this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in the commission of the offense, including, but not limited to the following:

### Firearms and Ammunition:

- MOSSBERG, RIFLE, MODEL: 151M, CAL: 22;
- SAVAGE, SHOTGUN, MODEL: 311, CAL: 410;
- SCCY INDUSTRIES, LLC (SKYY IND.), PISTOL, MODEL: CPX-1, CAL: 9;
- ARMSCOR OF THE PHILIPPINES (SQUIRES BINGHAM), PISTOL, MODEL: 1911A1, CAL: 10;
- MOSSBERG, SHOTGUN, MODEL: 500, CAL: 12;
- DEL-TON INC., RIFLE, MODEL: DTI-15, CAL: 556;

- GLOCK GMBH, PISTOL, MODEL: 19X, CAL: 9;
- SAWED OFF RIFLE/SHOTGUN (Short Barrel), HECKLER & KOCH INC. RIFLE, MODEL: SP5 L, CAL: 9;
- RUGER, RIFLE, MODEL: AR-556, CAL: 556;
- SAVAGE, TYPE: RIFLE, CAL: 22;
- KAHR ARMS - AUTO ORDNANCE, RIFLE, MODEL: THOMPSON M1, CAL: 45;
- BLACK RAIN ORDNANCE INC., RIFLE, MODEL: FALLOUT 10, CAL: 308;
- GLOCK GMBH, PISTOL, MODEL: 43X, CAL: 9;
- GLOCK GMBH, PISTOL, MODEL: 43X, CAL: 9;
- SIG-SAUER, PISTOL, MODEL: P238, CAL: 380;
- WINCHESTER, TYPE: SHOTGUN, CAL: 12;
- HIPOINT (STRASSELL'S MACHINE INC.), RIFLE, MODEL: 995, CAL: 9;
- MOSSBERG, SHOTGUN, MODEL: 500, CAL: 12;
- ALTOBELLI, SHOTGUN, MODEL: SILVER EAGLE SE17, CAL: 12;
- MOSSBERG, SHOTGUN, MODEL: 600AT, CAL: 12;
- SAVAGE, RIFLE, MODEL: 87A, CAL: 22;
- ADLER SILAH SANAYII, SHOTGUN, MODEL: CENTURION OPTIO, CAL: 12;
- NEW FRONTIER ARMORY, LLC, PISTOL, MODEL: C-9, CAL: 9;
- CENTURY ARMS INTERNATIONAL, RIFLE, MODEL: BFT47, CAL: 762;
- ZRODELTA (CSJB HOLDINGS, INC.), PISTOL, MODEL: READY SERIES, CAL: MULTI;
- HIPOINT (STRASSELL'S MACHINE INC.), RIFLE, MODEL: 4095, CAL: 40;
- ISRAEL WEAPON IND- IWI (ISRAEL MILITARY IND- IMI), RIFLE, MODEL: TAVOR X95, CAL: 556;

- SAVAGE, RIFLE, MODEL: AXIS, CAL: 65;
- WEATHERBY, RIFLE, MODEL: VANGUARD, CAL: 270;
- MOSIN-NAGANT, RIFLE, CAL: 762;
- NORINCO (NORTH CHINA INDUSTRIES), RIFLE, MODEL: 320, CAL: 9;
- SAVAGE, SHOTGUN, MODEL: 940, CAL: 12;
- SAVAGE, SHOTGUN, MODEL: 940E, CAL: 12;
- MOSSBERG, RIFLE, MODEL: 380, CAL: 22;
- CBC (COMPANHIA BRAZILIERA DE CARTUCHOS), PISTOL, MODEL: 715P, CAL: 22;
- MOSSBERG, SHOTGUN, MODEL: 590, CAL: 20;
- HERITAGE MFG. INC., REVOLVER, MODEL: ROUGH RIDER, CAL: 22;
- HERITAGE MFG. INC., REVOLVER, MODEL: ROUGH RIDER, CAL: 22;
- BOND ARMS INC., DERRINGER, MODEL: ROUGHNECK, CAL: 45;
- BOND ARMS INC., DERRINGER, MODEL: ROUGHNECK, CAL: 38;
- BOND ARMS INC., DERRINGER, MODEL: BOND GIRL MINI, CAL: 45;
- GIRSAN, PISTOL, MODEL: MC 9, CAL: 9;
- PALMETTO STATE ARMORY, PISTOL, MODEL: DAGGER COMPACT, CAL: 9;
- GLOCK GMBH, PISTOL, MODEL: 27, CAL: 40;
- SMITH & WESSON, REVOLVER, MODEL: 629, CAL: 44;
- TAURUS, PISTOL, MODEL: G2C, CAL: 9;
- SMITH & WESSON, PISTOL, MODEL: BODYGUARD, CAL: 380;
- JIMENEZ ARMS, PISTOL, MODEL: J.A. 22, CAL: 22;

- GLOCK GMBH, PISTOL, MODEL: 48, CAL: 9;
- CZ (CESKA ZBROJOVKA), TYPE: PISTOL, MODEL: CZ52, CAL: 9;
- NORINCO (NORTH CHINA INDUSTRIES), PISTOL, MODEL: 213, CAL: 9;
- SMITH & WESSON, PISTOL, MODEL: SD40VE, CAL: 40;
- RADOM, PISTOL, MODEL: P64, CAL: 9;
- KIMBER, PISTOL, MODEL: SOLO CARRY, CAL: 9;
- CZECHOSLOVAKIA, PISTOL, CAL: ZZ;
- BERSA, PISTOL, MODEL: THUNDER 22, CAL: 22;
- BERSA, PISTOL, MODEL: THUNDER 22, CAL: 22;
- BERSA, PISTOL, MODEL: THUNDER 22, CAL: 22;
- ANDERSON MANUFACTURING, RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI;
- ANDERSON MANUFACTURING, RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI;
- UBERTI, ALDO, REVOLVER, MODEL: EL PATRON CMS, CAL: 45; and
- NORTH AMERICAN ARMS, REVOLVER, CAL: 22.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL.

[redacted]

FOREPERSON OF THE GRAND JURY

FRANCIS M. HAMILTON III
United States Attorney

By: [signature]
Tammy O. Combs
Assistant U.S. Attorney