# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 4:25-cr-4 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| JEFFREY BUSH | ) | Magistrate Judge Dumitru |

## ORDER

Magistrate Judge Mike Dumitru filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count Three of the Indictment; (2) accept Defendant's guilty plea as to Count Three; (3) adjudicate the Defendant guilty of Count Three; (4) defer a decision on whether to accept the plea agreement [Doc. 25] until sentencing; and (5) order that Defendant remain on release on bond under appropriate conditions of release pending sentencing in this matter [Doc. 30]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Dumitru's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation [Doc. 30] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count Three of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Three is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count Three;

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** on release on bond under appropriate conditions of release pending sentencing in this matter, which is scheduled to take place on **July 9, 2026, at 10:00 a.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

                                          */s/ Charles E. Atchley, Jr.*
                                          **CHARLES E. ATCHLEY, JR.**
                                          **UNITED STATES DISTRICT JUDGE**